IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DANNY GOSSAGE,**
**ADC #139358**                                                                             **PLAINTIFF**

**V.**                              **CASE NO. 2:18-CV-2-KGB-BD**

**PATRICK DRUMAND**                                                                 **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.   Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Gossage may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Gossage may waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Danny Gossage, an inmate at the East Arkansas Regional Unit ("EARU") of the Arkansas Department of Correction ("ADC"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On April 5, 2018, Mr. Gossage was given thirty days to notify the Court of his current address, after mail sent to him from the court was returned as undeliverable. (#10) The Court specifically cautioned Mr. Gossage that his claims could be dismissed if he failed to comply with the Order. (#10) To date, Mr. Gossage has failed to notify the court of his current address, as ordered, and the time allowed by the court has passed.

### III.   Conclusion:

The Court recommends that Mr. Gossage's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 5, 2018 Order. Defendant Drumand's motion for summary judgment (#14) should be denied, as moot.

DATED this 7th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE