IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DANNY GOSSAGE**     **PLAINTIFF**
ADC #139358

v.     Case No: 2:18-cv-00002-KGB

**PATRICK DRUMAND**     **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 18). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Danny Gossage's complaint based upon his failure to comply with Judge Deere's April 5, 2018, Order (Dkt. No. 10). The Court also denies as moot defendant Patrick Drumand's motion for summary judgment (Dkt. No. 14).

It is so ordered, this the 11th day of February, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge