IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DANNY GOSSAGE**                                                                                   **PLAINTIFF**
**ADC #139358**

v.                            Case No: 2:18-cv-00002-KGB

**PATRICK DRUMAND**                                                       **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Danny Gossage's complaint is dismissed without prejudice.

So adjudged this the 11th day of February, 2019.

                                                                            _/s/ Kristine G. Baker_
                                                                            Kristine G. Baker
                                                                            United States District Judge